UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie M. Dunnigan,<br><br>        Plaintiff,<br><br>v.<br><br>Federal Home Loan Mortgage Corporation d/b/a Freddie Mac,<br><br>        Defendant. | Civil File No. 15-cv-02626-SRN-JSM<br><br>**ORDER EXTENDING TIME TO MOVE, ANSWER, OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT** |

Based upon the Stipulation to Extend Time to Move, Answer, or Otherwise Plead to the Amended Complaint (Doc. No. 21), entered into by the parties,

IT IS HEREBY ORDERED that Defendant Federal Home Loan Mortgage Corporation d/b/a Freddie Mac, without waiver of any defenses, shall have through and including October 9, 2015, to move, answer or otherwise respond to the Amended Complaint.

Dated: September 21, 2015        BY THE COURT:

*s/ Janie S. Mayeron*
The Honorable Janie S. Mayeron
Magistrate Judge of United States District Court