# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie M. Dunnigan

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number:  15-cv-02626-SRN-JSM

Federal Home Loan Mortgage Corporation,
*doing business as Freddie Mac,*

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.**  Upon the filing of the FRCP 68 Offer of Judgment on 09/16/2016 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Julie M. Dunnigan against Defendant Federal Home Loan Mortgage Corporation d/b/a Freddie Mac in the amount of 75,000.00.

| | |
|---|---|
| 09/12/2016 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/L. Sampson |
| (By) | L. Sampson, Deputy Clerk |